# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER MURPHY, JR.,
                Appellant,

vs.

ALICIA MOORE,
                Respondent.

No. 78300

**FILED**

AUG 19 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. Kathy A. Hardcastle, Senior Judge
       James J. Jimmerson, Settlement Judge
       Alex B. Ghibaudo, PC.
       Pecos Law Group
       Eighth District Court Clerk

---

[1]Given this order, no action will be taken in regard to the notice filed on July 17, 2020.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-30552